IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv140

| JOHN MILLAGE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| B. V. HEDRICK GRAVEL & SAND COMPANY; B. V. HEDRICK GRAVEL & SAND COMPANY EMPLOYEE BENEFIT PLAN; and PRIMARY PHYSICIANCARE, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the Notice (#52) filed by mediator George K. Evans that this action has been settled and that a Stipulation of Dismissal would be filed within two weeks. Having considered such notice, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of dismissal within 30 days. Absent such filing, the court may enter a dismissal in accordance with Rule 41(b), Federal Rules of Civil Procedure.

Signed: January 27, 2012

Max O. Cogburn Jr.
United States District Judge